**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       In the Interest of M.A.J. Jr., H.A.J., and B.D.J., Children

Appellate case number:   01-19-00685-CV

Trial court case number:   2018-04197J

Trial court:                      314th District Court of Harris County

      Appellee, the Department of Family and Protective Services ("DFPS"), has filed a motion for rehearing. The Court requests a response to the motion from appellant, mother. The response must be filed no later than **5:00 p.m., 20 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

      It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
           ☑ Acting individually    ☐ Acting for the Court

Date:   __March 24, 2020____